IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY BROWN, RONNIE SUVEG, and JOSEPH BOBERTZ on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICE OF AMERICA, INC., THE ADMINISTRATIVE COMMITTEE OF THE UPS RETIREMENT PLAN, THE ADMINISTRATIVE COMMITTEE OF THE UPS PENSION PLAN, and JOHN/JANE DOES 1-20,<br><br>        Defendants. | CIVIL ACTION<br>No. 1:20-cv-00460-TCB |

**STIPULATION CONCERNING INDIVIDUAL DEFENDANTS**

Whereas, Plaintiffs have brought claims against United Parcel Service of America, Inc. ("UPS"), the Administrative Committee of the UPS Retirement Plan, the Board of Trustees of the UPS Pension Plan (together, the "Committees"),[1] and John/Jane Doe Defendants 1-20 in the place of the unknown individual members of the Committees, for violating the Employee Retirement Income Security Act of 1974

---

[1] The Complaint identifies this entity as the Administrative Committee of the UPS Pension Plan. Plaintiffs will change the name of the Committee in an Amended Complaint, to be filed shortly.

("ERISA") regarding the UPS Retirement Plan and the UPS Pension Plan (the "Plans"); and

Whereas, Plaintiffs have alleged that the Committees and the individual members of the Committees were fiduciaries for the Plans, and that they breached their fiduciary duties under ERISA § 404, 29 U.S.C. § 1104(a); and

Whereas, Plaintiffs have referred to individual Committee members as "John/Jane Does 1-20" in the Complaint because the identities of the Committee members were not known to Plaintiffs; and

Whereas, Plaintiffs have now learned the names of certain of the individual Committee members and could seek leave from the Court to add them as named defendants; and

Whereas, Plaintiffs and Defendants seek to avoid unnecessary motion practice and joinder of the individual Committee members as Defendants since the Committees are already Defendants;

Therefore, Plaintiff and Defendants stipulate and agree as follows:

1. Plaintiffs will not seek leave to add the individual members of the Committees as named defendants, nor will they seek to enforce any judgment they might obtain against the Committees against the personal assets of the individual members of the Committees;

2. Defendants will not dispute that the Committees were fiduciaries for the respective Plans and capable of being sued under ERISA;

3. UPS will indemnify the Committees for any judgment entered against either or both of the Committees in this case;

4. UPS will collect and gather any documents responsive to any of Plaintiffs' document requests possessed by the individual Committee members that are not already in UPS's possession and agree to produce the individual Committee members for depositions as if they were named defendants should Plaintiffs seek their testimony.

Respectfully submitted this 28th day of February, 2020.

ALSTON & BIRD LLP

By: /s/*Emily S. Costin*
Emily S. Costin (*pro hac vice*)
David R. Godofsky (*pro hac vice* )
David.Godofsky@alston.com
Emily.Costin@alston.com
950 F Street NW
Washington DC 20004
(202) 239-3300 telephone
(202) 239-3333 facsimile

Emily C. Hootkins
Georgia Bar No. 858347
Emily.Hootkins@alston.com
Cari Dawson
Georgia Bar No. 213490
Cari.dawson@alston.com

1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 telephone
(404) 881-7777 facsimile

***Counsel for Defendants United Parcel Service of America, Inc., The Administrative Committee of the UPS Retirement Plan, and The Board of Trustees of the UPS Pension Plan***


EVANGELISTA WORLEY LLC
By: /s/*David J. Worley*
David J. Worley
Georgia Bar No. 776665
500 Sugar Mill Road, Ste. 245A
Atlanta, GA 30350
david@ewlawllc.com
Tel: 404-205-8400


IZARD, KINDALL & RAABE LLP
Robert A. Izard (*pro hac vice*)
Mark P. Kindall (*pro hac vice*)
Douglas P. Needham (*pro hac vice*)
Oren Faircloth (*pro hac vice*)
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email: rizard@ikrlaw.com
Email: mkindall@ikrlaw.com
Email: dneedham@ikrlaw.com
Email: ofaircloth@ikrlaw.com

BAILEY & GLASSER LLP
Gregory Y. Porter

        Mark G. Boyko
        Alexandra S. Serber
        1054 31st Street, NW, Suite 230
        Washington, DC 20007
        (202) 463-2101
        (202) 463-2103 fax
        gporter@baileyglasser.com
        mboyko@baileyglasser.com

        ***Counsel for Plaintiffs***

## **RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 7.1(D).

                              */s/ David J. Worley*
                              David J. Worley
                              Georgia Bar No. 776665

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY BROWN, RONNIE SUVEG, and JOSEPH BOBERTZ on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED PARCEL SERVICE OF AMERICA, INC., THE ADMINISTRATIVE COMMITTEE OF THE UPS RETIREMENT PLAN, THE ADMINISTRATIVE COMMITTEE OF THE UPS PENSION PLAN, and JOHN/JANE DOES 1-20, <br><br> Defendants. | CIVIL ACTION <br> No. 1:20-cv-00460-TCB |

## **CERTIFICATE OF SERVICE**

This is to certify that on this day the foregoing STIPULATION was filed with the Clerk of Court using the CM/ECF system, which automatically sends email notification of such filing to all attorneys of record in this case.

On this 28th day of February, 2020.

*/s/ David J. Worley*
David J. Worley
Georgia Bar No. 776665